**Koon HAO NG, Petitioner–Appellee,**

v.

**Charles H. DEMORE, District Director, Immigration and Naturalization Service, San Francisco, California, Respondent–Appellant.**

No. 01–16609.

D.C. No. CV–01–20095–RMW.

United States Court of Appeals, Ninth Circuit.

Submitted April 9, 2002.

Decided April 11, 2002.

Before O'SCANNLAIN and TALLMAN, Circuit Judges, and KING, District Judge.*

### MEMORANDUM**

District Director Charles DeMore appeals the grant of Ng's habeas petition ordering the INS to hold a bond hearing for his release pending the result of his removal proceedings. The facts and prior proceedings are known to the parties; they are not recited herein, except as necessary.

* The Honorable Samuel P. King, Senior United States District Judge for the District of Hawaii, sitting by designation.

## I

The INS argues that Ng may be detained pursuant to § 236(c) of the Immigration and Nationality Act ("INA"), 8 U.S.C. § 1226(c), which provides for mandatory detention for certain aliens pending the finality of their removal proceedings. After briefing was completed in this appeal, we decided *Kim v. Ziglar*, 276 F.3d 523 (9th Cir.2002). *Kim* held that INA § 236(c) is unconstitutional as applied and that the INS must release lawful permanent residents on bond unless they would pose a flight risk or a danger to the community. *Id.* at 534, 539. As Ng is a lawful permanent resident, *Kim* dictates that he is entitled to a bond hearing for his release pending the result of his removal proceedings.

## II

Because the mandate has issued in *Kim*, the INS's motion to hold the appeal in abeyance is DENIED as moot. Ng's request to take judicial notice of certain documents is similarly DENIED as moot.

AFFIRMED.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.